UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| VIRTUAL STUDIOS, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:12-cv-54 |
| HAGAMAN INDUSTRIES, INC. | ) JURY DEMAND |
| Defendant. | ) |

## AMENDED NOTICE OF DEPOSITION OF DANIEL P. HAGAMAN

PLEASE TAKE NOTICE that commencing at 8:30 a.m. on December 21, 2012 at the offices of Chambliss, Bahner & Stophel, Two Union Square, Suite 1000, Chattanooga, Tennessee, 37402, the Plaintiffs will take the deposition of *DANIEL P. HAGAMAN*, upon oral examination pursuant to the Federal Rules of Civil Procedure, before a notary public or duly authorized officer, authorized to administer oaths.

The deposition will be recorded stenographically and be taken for all purposes authorized by the Federal Rules of Civil Procedure. The deposition will continue from day to day until the examination is complete. You are invited to attend and cross examine the deponents.

This __3__ day of __December__, 2012.

*Signature on next page*

Respectfully submitted,

PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

By: _____
      Michael A. Anderson, BPR #012368
537 Market Street, Suite 202
Chattanooga, TN 37402
Phone: 423-756-7117
Fax: 423-267-5032

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| VIRTUAL STUDIOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:12-cv-54 |
| ) | |
| HAGAMAN INDUSTRIES, INC. ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the Notice of Deposition of Daniel P. Hagaman was served upon all parties of interest by placing a copy of same in the United States mail with adequate postage thereon to:

Hugh Moore, Esq.
Alicia Oliver, Esq.
Spears, Moore, Rebman & Williams
Two Union Square, Suite 1000
Chattanooga, TN 37402

This __3__ day of __Dec.__, 2012.

PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

By: _____
Michael A. Anderson